THEODORE E. BACON (CA Bar No. 115395)
tbacon@AlvaradoSmith.com
NANETTE B. BARRAGAN (CA Bar No. 240116)
nbarragan@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel.  (213) 229-2400
Fax.  (213) 229-2499

Attorneys for Defendants
JPMorgan Chase Bank, N.A. (sued separately and erroneously sued as JPMorgan Chase Bank, N.A. Successor in Interest to Washington Mutual Bank, Successor in Interest to Long Beach Mortgage Company) and Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2006-10

E-FILED 09/12/12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAHL, an individual<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, SUCCESSOR IN INTEREST TO LONG BEACH MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-10, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and DOES 1 TO 100, INCLUSIVE,<br><br>Defendants | CASE NO.: LACV11-6191 PSG (SPx)<br><br>Judge: Hon. Philip S. Gutierrez<br><br>[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE AFTER MOTION TO DISMISS GRANTED WITH PREJUDICE<br><br>Action Filed:   July 27, 2011 |

The Court, having granted the Motion to Dismiss of defendants JPMorgan Chase Bank, N.A. (sued separately and erroneously sued as JPMorgan Chase Bank, N.A. Successor in Interest to Washington Mutual Bank, Successor in Interest to Long

1 | Beach Mortgage Company) ("JPMorgan") and Deutsche Bank National Trust
2 | Company, as Trustee for Long Beach Mortgage Loan Trust 2006-10 ("Deutsche")
3 | (collectively "Defendants") on September 10, 2012 with Prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.
2. Judgment is entered in favor of Defendants JPMorgan and Deutsche.
3. Judgment is entered against Plaintiff with respect to his causes of action against Defendants JPMorgan and Deutsche.
4. Plaintiff shall take nothing against Defendants JPMorgan and Deutsche.
5. Defendants JPMorgan and Deutsche may file a Memorandum of Costs.

DATED:   9/11/12

**PHILIP S. GUTIERREZ**
_____
HON. PHILIP S. GUTIERREZ
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, I electronically filed with the Clerk of Court the following documents:

**NOTICE OF LODGING [PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE AFTER MOTION TO DISMISS GRANTED WITH PREJUDICE**

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Bergman & Gutierrez, LLP
Penelope P. Bergman, Esq.
6100 Center Drive, Ste. 1050
Los Angeles, CA 90045
Tel: (310) 893-6200
Facsimile: (310) 988-2930
penelope@b-g-law.com

/s/ Theodore E. Bacon
ALVARADOSMITH, APC
633 W. Fifth Street, Ste. 1100
Los Angeles, CA 90017
(213) 229-2400
Email: tbacon@alvaradosmith.com

1
CERTIFICATE OF SERVICE

3300547.1 -- AL109.W1760