1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@AlvaradoSmith.com
2  NANETTE B. BARRAGAN (CA Bar No. 240116)
   nbarragan@alvaradosmith.com
3  ALVARADOSMITH
   A Professional Corporation
4  633 W. Fifth Street, Suite 1100
   Los Angeles, CA 90071
5  Tel.  (213) 229-2400
   Fax.  (213) 229-2499
6
   Attorneys for Defendants
7  JPMorgan Chase Bank, N.A. (sued separately and
   erroneously sued as JPMorgan Chase Bank, N.A.
8  Successor in Interest to Washington Mutual Bank,
   Successor in Interest to Long Beach Mortgage Company)
9  and Deutsche Bank National Trust Company, as
   Trustee for Long Beach Mortgage Loan Trust 2006-10
10

E-FILED 09/12/12

11             UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13

14  ROBERT WAHL, an individual          CASE NO.: LACV11-6191 PSG (SPx)

15         Plaintiff,                   Judge: Hon. Philip S. Gutierrez

16  v.                                  [PROPOSED] JUDGMENT OF
                                        DISMISSAL WITH PREJUDICE
17  JPMORGAN CHASE BANK                 AFTER MOTION TO DISMISS
    NATIONAL ASSOCIATION,               GRANTED WITH PREJUDICE
18  SUCCESSOR IN INTEREST TO
    WASHINGTON MUTUAL BANK,
19  SUCCESSOR IN INTEREST TO LONG
    BEACH MORTGAGE COMPANY;
20  DEUTSCHE BANK NATIONAL              Action Filed:   July 27, 2011
    TRUST COMPANY, AS TRUSTEE FOR
21  LONG BEACH MORTGAGE LOAN
    TRUST 2006-10, JPMORGAN CHASE
22  BANK, NATIONAL ASSOCIATION;
    and DOES 1 TO 100, INCLUSIVE,
23
           Defendants
24

25

26       The Court, having granted the Motion to Dismiss of defendants JPMorgan

27  Chase Bank, N.A. (sued separately and erroneously sued as JPMorgan Chase Bank,

28  N.A. Successor in Interest to Washington Mutual Bank, Successor in Interest to Long

1 Beach Mortgage Company) ("JPMorgan") and Deutsche Bank National Trust
2 Company, as Trustee for Long Beach Mortgage Loan Trust 2006-10 ("Deutsche")
3 (collectively "Defendants") on September 10, 2012 with Prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE.
2. Judgment is entered in favor of Defendants JPMorgan and Deutsche.
3. Judgment is entered against Plaintiff with respect to his causes of action against Defendants JPMorgan and Deutsche.
4. Plaintiff shall take nothing against Defendants JPMorgan and Deutsche.
5. Defendants JPMorgan and Deutsche may file a Memorandum of Costs.

DATED: 9/11/12

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2012, I electronically filed with the Clerk of Court the following documents:

**NOTICE OF LODGING [PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE AFTER MOTION TO DISMISS GRANTED WITH PREJUDICE**

using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following NEF parties:

Bergman & Gutierrez, LLP
Penelope P. Bergman, Esq.
6100 Center Drive, Ste. 1050
Los Angeles, CA 90045
Tel: (310) 893-6200
Facsimile: (310) 988-2930
penelope@b-g-law.com

/s/ Theodore E. Bacon
ALVARADOSMITH, APC
633 W. Fifth Street, Ste. 1100
Los Angeles, CA 90017
(213) 229-2400
Email: tbacon@alvaradosmith.com